DAVID B. GOLUBCHIK (State Bar No. 185520)
J.P. FRITZ (State Bar No. 245240)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JPF@LNBYB.COM; JSK@LNBYB.COM

Proposed Attorneys for Debtor and
Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:14-bk-27223-TD |
| | ) |
| ATHERTON FINANCIAL BUILDING, LLC, | ) |
| | ) Chapter 11 Case |
| Debtor and Debtor in Possession. | ) |
| | ) |
| | ) **NOTICE OF CLAIMS DEADLINE** |
| | ) |
| | ) **Claims Bar Date: December 16, 2014** |

1

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

The Bankruptcy Court has set a deadline of **December 16, 2014** for creditors of Atherton Financial Building, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, to file proofs of claim in the Debtor's estate.

The exceptions to this deadline for filing proofs of claims or interest are: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is: **(a) 30 days after the date of entry of the order authorizing the rejection, or (b) December 16, 2014**, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed: **(a) before 180 days after the date of the order for relief in this case, or (b) December 16, 2014**, whichever is later. 11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is: **(a) 30 days after the entry of judgment avoiding the transfer, or (b) December 16, 2014**, whichever is later.

The claims bar date of December 16, 2014, does not apply to post-petition administrative claims under 11 U.S.C. § 503, for which a separate post-petition administrative claims bar date will be established at a later time.

///

///

If you are listed on the Schedules of Assets and Liabilities of the Debtors **and** your claim is not scheduled as disputed, contingent, unliquidated or unknown, your claim is deemed filed in the amount set forth in the Schedules, and the filing of a proof of claim is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim is scheduled (secured, unsecured, *etc.*) is correct. 11 U.S.C. § 1111(a).

If your claim is not listed on the schedules **or** is scheduled as disputed, contingent, unliquidated or unknown, **or** you disagree with the amount or description scheduled for your claim, you must file a proof of claim.

Please be advised that all Proofs of Claim must be filed with the United States Bankruptcy Court, Central District of California, Los Angeles Division by mailing them to the following address:

> Clerk of the United States Bankruptcy Court
> 255 E. Temple Street, 9th Floor
> Los Angeles, California 90012

Failure of a creditor or interest holder to file timely a proof of claim on or before the deadline may result in disallowance of the claim or subordination under the terms of a plan of reorganization without further notice or hearing. 11 U.S.C. § 502(b)(9). Creditors may wish to consult an attorney to protect their rights.

Dated: October 16, 2014         ATHERTON FINANCIAL BUILDING, LLC

By:    /s/ *Jeffrey S. Kwong*
       DAVID B. GOLUBCHIK
       JOHN-PATRICK M. FRITZ
       JEFFREY S. KWONG
       LEVENE, NEALE, BENDER, YOO
            & BRILL, L.L.P.
       (Proposed) Attorneys for Chapter 11 Debtor
       and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF CLAIMS DEADLINE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 16, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Douglas G Boven    dboven@reedsmith.com, gsandoval@reedsmith.com
- Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com;stephanie@lnbyb.com
- Jeffrey S Kwong    jsk@lnbyb.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com

**2. SERVED BY UNITED STATES MAIL**: On **October 16, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 16, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY ATTORNEY SERVICE**
Hon. Thomas B. Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352 / Courtroom 1345
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 16, 2014 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| Date | Type Name | Signature |

Label Matrix for local noticing
0973-2
Case 2:14-bk-27223-TD
Central District Of California
Los Angeles
Fri Oct 10 16:49:01 PDT 2014

Atherton Financial Building LLC
3592 Rosemead Blvd
Suite 325
Rosemead, CA 91770-2053

Bank SinoPac, Los Angeles Branch
c/o Prandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd 17th Flr
Los Angeles, CA 90048-4904

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AT&T
PO Box 5025
Carol Street, IL 60197-5025

American REO Solutions LLC
2804 Gateway Oaks Drive #200
Sacramento, CA 95833-4346

Bank SinoPac
355 South Grand Avenue
Ste 4168
Los Angeles, CA 90071-3100

COMCAST
PO Box 34227
Seattle, WA 98124-1227

California Water Service Company
PO Box 940001
San Jose, CA 95194-0001

David & Cathy Tsang
758 Loyola Drive
Los Altos, CA 94024-5918

Discount Plumbing & Rooter Company
1330 Valota Road
Redwood City, CA 94061-2156

Employment Development Dept.
1525 S. Broadway
Room 223
Los Angeles, CA 90015-3030

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812-2952

Fry's Electronics
1077 East Argues Avenue
Sunnyvale, CA 94085-3902

Golden State Granite & Marble Inc.
114 S. Amphlett Bl.
San Mateo, CA 94401-2941

Great Vista Real Estate Invest Corp
250 Selby Lane
Atherton, CA 94027-3931

Hue & Cry Inc
PO Box 548
Anderson CA 96007-0548

Immix Leasing
1833 Walter Drive
Los Banos, CA 93635-5231

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Noosphere Ventures
1906 El Camino Real
Atherton, CA 94027-4129

North America Capital LLC
126 Atherton Avenue
Atherton, CA 94027-4021

Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

PG&E
Box 997300
Sacramento, CA 95899-7300

Recology San Mateo County
PO Box 514230
Los Angeles, CA 90051-4230

San Mateo County Treasurer
and Tax Collector
555 County Center #1
Redwood City, CA 94063-1665

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Sunshine Valley LLC
Attn: Benjamin Kirk
2648 E WORKMAN AVE STE 238
West Covina, CA 91791-1604

TelePacifc Communications
PO Box 526015
Sacramento, CA 95852-6015

ThyssenKrupp Elevator Corporation
PO Box 933004
Atlanta, GA 31193-3004

Travelers
PO Box 15439
Sacramento, CA 95851-0439

| | | |
|---|---|---|
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | Washington Capital Management LLC<br>2804 Gateway Oaks Drive #200<br>Sacramento, CA 95833-4346 |
| David B Golubchik<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067-6253 | Jeffrey S Kwong<br>Levene Neale Bender Yoo & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067-6253 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency I Stop 5022<br>300 N. Los Angeles St., #4062<br>Los Angeles, CA 90012-9903 | State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     0<br>Total                  34 |