DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Attorneys for Debtor and
Debtor in Possession

**FILED & ENTERED**

**DEC 05 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:14-bk-27223-TD |
| | ) |
| ATHERTON FINANCIAL BUILDING, LLC, | ) Chapter 11 Case |
| | ) |
| Debtor and Debtor in Possession. | ) **ORDER GRANTING MOTION FOR ORDER: (1) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; AND (2) APPROVING STIPULATION BETWEEN THE DEBTOR AND BANK SINOPAC FOR USE OF CASH COLLATERAL** |
| | ) |
| | ) Hearing: |
| | ) Date:   December 3, 2014 |
| | ) Time:   2:00 p.m. |
| | ) Place:  Courtroom 1345 |
| | )           255 E. Temple Street |
| | )           Los Angeles, CA 90012 |

1

On December 3, 2014, at 2:00 p.m., the Honorable Thomas B. Donovan, United States Bankruptcy Judge for the Central District of California (the "Court") held a hearing in courtroom 1345 of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, on the *Motion for Order: (1) Authorizing the Debtor to Use Cash Collateral; and (2) Approving Stipulation Between the Debtor and Bank SinoPac for Use of Cash Collateral* [docket entry no. 36], filed by Atherton Financial Building, LLC (the "Debtor") the debtor and debtor in possession in the above-captioned, jointly administered chapter 11 bankruptcy case. Appearances were as set forth on the Court's record.

The Court, having considered the Motion, the declaration of Benjamin Kirk in support of the Motion (the "Kirk Declaration"), the Budget attached to the Kirk Declaration, the stipulation for use of cash collateral entered into between the Debtor and Bank SinoPac on October 31, 2014 (the "Stipulation") attached to the Kirk Declaration, the notice of the Motion, no opposition to the Motion having been filed or received, the entire record in the case, and for good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

(1)    Notice of the Motion was proper;

(2)    The Motion is granted in its entirety;

(3)    The Debtor is authorized to use cash collateral to pay all of the expenses set forth in the Budget, with authority to deviate from the line items contained in the Budget by not more than 15% on each line item and not more than 5% on a cumulative basis;

(4)    The Debtor is authorized to provide adequate protection as set forth in the Motion;

///
///
///

2

   (5) The Stipulation is approved in its entirety.

**IT IS SO ORDERED.**

###

Date: December 5, 2014

Thomas B. Donovan
United States Bankruptcy Judge