DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Attorneys for Debtor and
Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: **2:14-bk-27223-TD** |
| | ) |
| ATHERTON FINANCIAL BUILDING, LLC, | ) **Chapter 11 Case** |
| | ) |
|     Debtor and Debtor in Possession. | ) **NOTICE OF MOTION AND MOTION** |
| | ) **FOR ORDER (1) AUTHORIZING** |
| | ) **DISBURSEMENT OF FUNDS TO** |
| | ) **CREDITORS; AND (2) DISMISSAL OF** |
| | ) **BANKRUPTCY CASE; DECLARATION** |
| | ) **OF BENJAMIN KIRK** |
| | ) |
| | ) <u>Hearing:</u> |
| | ) Date:  January 14, 2015 |
| | ) Time:  2:00 p.m. |
| | ) Place: Courtroom 1345 |
| | )          255 E. Temple Street |
| | )          Los Angeles, CA 90012 |

1

1        **PLEASE TAKE NOTICE THAT** on January 14, 2015 at 2:00 p.m., Atherton

2   Financial Building, LLC ("the Debtor") the debtor and debtor in possession in the above-

3   captioned chapter 11 bankruptcy case, hereby files the Debtor's Motion For Order (1)

4   Authorizing Disbursement Of Funds To Creditors; And (2) Dismissal Of Bankruptcy Case.

5        In Summary, the Debtor owned a commercial building located at 1906 El Camino Real,

6   Menlo Park, CA 94027 (the "Property").  At a hearing held on December 3, 2014, the Court

7   authorized the sale of the Property for the aggregate purchase price of $14.3 million.  The

8   foregoing sale closed on December 8, 2014, and all secured claims and tax claims have been

9   satisfied.  Pursuant to the Court's order, the Debtor's counsel is holding over $3.5 million in its

10  client trust account pending further order of the Court.

11       After payment of claims from escrow, the Debtor's remaining claims total $246,922.53.

12  This amount takes into account: (1) the consensually agreed-upon amount for Hue & Cry's

13  unsecured claim of $2,429.98; and (2) the outstanding balance of $0 currently owed to Travelers

14  Casualty Insurance Company of America ("Travelers").  The foregoing excludes the Debtor's

15  counsel's attorneys' fees and costs, which for purposes of full disclosure, are estimated to be

16  approximately $25,000 over the $75,000 retainer received.  Pursuant to this Motion, the Debtor

17  seeks Court authority to pay all estate claims in full and dismiss this case.

18  Dated: December 23, 2014              ATHERTON FINANCIAL BUILDING, LLC

19

20

21                                    By:    */s/ Jeffrey S. Kwong*
                                           DAVID B. GOLUBCHIK
22                                         JEFFREY S. KWONG
                                           LEVENE, NEALE, BENDER, YOO
23                                              & BRILL, L.L.P.
                                           Attorneys for Chapter 11 Debtor
24                                         and Debtor in Possession

25

26

27

28

2

## MEMORANDUM OF POINTS AND AUTHORITIES

Atherton Financial Building, LLC (the "Debtor") the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, hereby files its Motion For Order (1) Authorizing Disbursement Of Funds To Creditors; And (2) Dismissal Of Bankruptcy Case.

**I.**

### STATEMENT OF RELEVANT FACTS

On the Petition Date, the Debtor was the owner of a commercial building located at 1906 El Camino Real, Menlo Park, CA 94027 (the "Property"). The Property consists of a two-story class D stud and wood panel office building of approximately 11,855 square feet (the "Building").

The Debtor's reorganization efforts focused on the sale of the Property to provide maximum distribution to creditors.

At a hearing held on December 3, 2014, the Court authorized the sale of both hotels for the aggregate purchase price of $14.3 million. A true and correct copy of the sale order is attached hereto as **Exhibit "A"**. The foregoing sale closed on December 8, 2014 and all secured claims and tax claims have been satisfied. A true and correct copy of the closing statement is attached hereto as **Exhibit "B"**. Pursuant to the Court's order, Debtor's counsel (Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB")) is holding over $3.5 million in its client trust account pending further order of the Court.

As set forth in the closing statement, the secured claims of San Mateo County Tax Collector, Bank SinoPac, David and Cathy Tsang, and Golden State Marble & Granite Inc. were paid through escrow. The remaining claims asserted against the Debtor's estate are set forth in **Exhibit "C"** hereto, and total $246,922.53. After payment of claims from escrow, the Debtor's remaining claims total $246,922.53. This amount takes into account: (1) the consensually agreed-upon amount for Hue & Cry's unsecured claim of $2,429.98; and (2) the outstanding balance of $0 currently owed to Travelers. True and correct copies of the sale invoices provided to the Debtor by Hue & Cry are set forth in **Exhibit "D"** hereto. The Debtor has drafted and sent a copy of the stipulation (the "Stipulation") – affirming that the outstanding balance on

Travelers' claim is $0 – to Travelers for its signature, and expects to file the Stipulation before the hearing date.

The foregoing excludes the Debtor's counsel's attorneys' fees and costs, which for purposes of full disclosure, are estimated to be approximately $25,000 over the $75,000 retainer received.  Pursuant to this Motion, the Debtor seeks Court authority to pay all estate claims in full and dismiss this case.[1]

In light of the fact that the assets of the Debtor's estate have been fully administered, the Debtor is prepared to make final 100% distribution to creditors and dismiss the case.

## II.

### DISCUSSION

Section 1112(b) of the Bankruptcy Code provides in relevant part as follows:

> [O]n request of a party in interest, and after notice and a hearing, . . . the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

11 U.S.C. § 1112(b).  Section 1112(b) of the Bankruptcy Code contains 16 examples of what constitutes "cause."  Notably, the 16 examples of "cause" for dismissal set forth in the Bankruptcy Code generally relate to bad acts by a debtor.  This is not surprising because dismissal is usually seen as the ultimate penalty when a debtor fails to proceed as required by the Bankruptcy Code and Bankruptcy Rules.  See In re Kimble, 96 B.R. 305, 307 (Bankr. D. Mont. 1988).  The foregoing examples of cause for dismissal are not exclusive and "'[a] court may consider other factors as they arise and may 'use its equitable powers to reach an appropriate result in individual cases.'"  In re Mechanical Maintenance, Inc., 128 B.R. 382, 386 (E.D. Pa. 1991) (quoting S. Rep No. 989, 95th Cong., 2d Sess. 117, reprinted in 1978 U.S. Code Cong. & Admin. News 5787, 5903); see also 11 U.S.C. § 102(3).

---

[1]  The Debtor has agreed to make an additional payment of $2,161.15 to Immix Leasing, once this Motion has been granted and the case is dismissed.  The funds used to pay Immix Leasing will come from the distribution to equity.

1    Once it is determined that "cause" exists, the Court must determine whether to convert or

2    dismiss the case based on what is in the best interests of creditors and the estate.  In re Staff

3    Investment Co., 146 B.R. 256, 260 (Bankr. E.D. Cal. 1993); In re Evans, 2002 WL 33939733, *1

4    (Bankr. D. Idaho 2002).  This determination is committed to the Court's wide discretion. Pioneer

5    Liquidating Corp. v. United States Trustee (In re Consolidated Pioneer Mortgage Entities), 248

6    B.R. 368, 375 (9th Cir. BAP 2000); Kimble, 96 B.R. at 307.  A "[d]ebtor's request [to dismiss its

7    Chapter 11 bankruptcy case] should ordinarily be granted unless some 'plain legal prejudice'

8    will result to the creditors." Kimble, 96 B.R. at 907 (quoting In re Geller, 74 B.R. 685, 688-89

9    (Bankr. E.D. Pa. 1987), citing In re Hall, 15 B.R. 913, 915-16 (9th Cir. BAP 1981); In re

10   International Airport Inn Partnership, 517 F.2d 510, 512 (9th Cir. 1975)).

11   As discussed above, based on the closing of the sale transaction, the estate is comprised

12   of cash.  Based on the foregoing, the Debtor is prepared to make final distributions and close the

13   administration of the estate.  The Debtor believes that it makes no economic sense to propose a

14   liquidating plan of reorganization, which will result in substantial fees and time delay in

15   distribution to creditors.  Similarly, the Debtor believes conversion to Chapter 7 makes no sense

16   since there are no remaining tasks for a Chapter 7 trustee other than distribution of funds to

17   creditors.  The Debtor submits that distribution of funds on hand and subsequent dismissal of the

18   case is appropriate under these circumstances and the most efficient manner of completing the

19   administration of the case.

### III.

### CONCLUSION

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order:

(1)    Granting the Motion;

(2)    Authorizing the Debtor to disburse funds to creditors in accordance with **Exhibits "C"** hereto;

1       (3)    Authorizing the Debtor to pay the outstanding administrative fees and costs,

2 including the Debtor's professional fees;

3       (4)    Dismissing the case; and

4       (5)    Granting such other and further relief as may be necessary or appropriate under

5 the circumstances.

6 Dated: December 23, 2014          ATHERTON FINANCIAL BUILDING, LLC

7

8

                By:   */s/ Jeffrey S. Kwong*

9                     DAVID B. GOLUBCHIK

                    JEFFREY S. KWONG

10                     LEVENE, NEALE, BENDER, YOO

11                        & BRILL, L.L.P.

                    Attorneys for Chapter 11 Debtor

12                     and Debtor in Possession

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
## DECLARATION OF BENJAMIN KIRK

3
I, Benjamin Kirk, hereby declare as follows:

4
1.      I am over 18 years of age.  I have personal knowledge of the facts set forth below

5
and, if called to testify, would and could competently testify thereto.

6
2.      I am the managing member of Sunshine Valley, LLC, who has a 20% ownership

7
interest in Atherton Financial Building, LLC (the "Debtor").  I also manage the operations of the

8
Debtor.  I have reviewed and am familiar with and am knowledgeable about the books and

9
records of the Debtor, which books and records are made in the regular practice of business, kept

10
in the regular course of business, made by a person with knowledge of the events and

11
information related thereto, and made at or near the time of events and information recorded.

12
3.      On the Petition Date, the Debtor was the owner of a commercial building located

13
at 1906 El Camino Real, Menlo Park, CA 94027 (the "Property").  The Property consists of a

14
two-story class D stud and wood panel office building of approximately 11,855 square feet (the

15
"Building").

16
4.      The Debtor's reorganization efforts focused on the sale of the Property to provide

17
maximum distribution to creditors.

18
5.      At a hearing held on December 3, 2014, the Court authorized the sale of the

19
Property for the purchase price of $14.3 million.  A true and correct copy of the sale order is

20
attached hereto as **Exhibit "A"**.  The foregoing sale closed on December 8, 2014 and all secured

21
claims and tax claims have been satisfied.  A true and correct copy of the closing statement is

22
attached hereto as **Exhibit "B"**.  Pursuant to the Court's order, the Debtor's counsel (Levene,

23
Neale, Bender, Yoo & Brill L.L.P. ("LNBYB")) is holding over $3.5 million in its client trust

24
account pending further order of the Court.

25
6.      As set forth in the closing statement, the secured claims of San Mateo County Tax

26
Collector, Bank SinoPac, David and Cathy Tsang, and Golden State Marble & Granite Inc. were

27
paid through escrow.  The remaining claims asserted against the Debtor's estate are set forth in

28
**Exhibit "C"** hereto, and total $246,922.53.

7.      This amount takes into account: (1) the consensually agreed-upon amount for Hue & Cry's unsecured claim of $2,429.98; and (2) the outstanding balance of $0 currently owed to Travelers. True and correct copies of the sale invoices provided to me by Hue & Cry are set forth in **Exhibit "D"** hereto. A copy of the stipulation (the "Stipulation") – affirming that the outstanding balance on Travelers' claim is $0 – has been sent to Travelers for its signature, and I expect to file the Stipulation with this Court before the hearing date.

8.      In light of the fact that the assets of the Debtor's estates have been fully administered, the Debtor is prepared to make final 100% distribution to creditors, and dismiss the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 23rd day of December 2014, at West Covina, California.



BENJAMIN KIRK

# EXHIBIT "A"

DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Attorneys for Debtor and
Debtor in Possession

FILED & ENTERED

DEC 04 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

ATHERTON FINANCIAL BUILDING, LLC,

    Debtor and Debtor in Possession.

) Case No.: 2:14-bk-27223-TD
)
) Chapter 11 Case
)
) **ORDER RE: MOTION FOR ORDER**
) **AUTHORIZING SALE OF REAL**
) **PROPERTY FREE AND CLEAR OF**
) **ALL LIENS, CLAIMS,**
) **ENCUMBRANCES AND OTHER**
) **INTERESTS; AND ASSUMPTION AND**
) **ASSIGNMENT OF UNEXPIRED REAL**
) **PROPERTY LEASE PURSUANT TO 11**
) **U.S.C. §§ 363 AND 365**
)
) Hearing:
) Date:  December 3, 2014
) Time:  2:00 p.m.
) Place:  Courtroom 1345
)            255 E. Temple Street
)            Los Angeles, CA 90012
)
)
)
)
)
)
)
)
)
)

1

A hearing was held on December 3, 2014, at 2:00 p.m., before the Honorable Thomas B. Donovan, United States Bankruptcy Judge, to consider the Motion ("Motion") For Order Authorizing Sale of Real Property Free and Clear of All Liens, Claims, Encumbrances and Other Interests; and Assumption and Assignment of Unexpired Real Property Lease Pursuant to 11 U.S.C. §§ 363 and 365 filed by Atherton Financial Building, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned, chapter 11 bankruptcy case.   Appearances were as set forth on the Court's record.

This Court, having considered the Motion and all declarations, supplements and other evidence in support of the Motion for sale of the Debtor's real property located at 1906 El Camino Real, Menlo Park, CA 94027 (the "Property") to buyer Rum Raisins Land Trust (the "Buyer") for fourteen million three hundred thousand dollars ($14,300,000) (the "Purchase Price"), the Limited Objection to the Motion filed by David and Cathy Tsang (collectively, the "Tsangs") and the Debtor's Reply thereto, the statements, representations and arguments of counsel at the hearing on the Motion, the entire record in this case, notice and service of the Motion and the hearing on the Motion having been proper, the Court not being aware of any reason to doubt that the parties to the sale transaction are progressing with the transaction in good faith, and other good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Motion is granted as set forth below.

2.      The terms and conditions of, and the transactions contemplated by the Commercial Property Purchase Agreement (the "Agreement") dated October 31, 2014, as well as all addendums thereto, between the Debtor and the Buyer, which are attached to the Motion as **Exhibit "A"**, is hereby authorized and approved in all respects; and, pursuant to sections 363 and 365 of the Bankruptcy Code, the Debtor is hereby fully authorized and empowered to (a)

execute, deliver, perform under, consummate, and implement the Agreement, (b) execute all additional instruments and documents that may be reasonably necessary or desirable to implement the Agreement and the transactions contemplated thereby, (c) take all further actions as may be necessary or appropriate for the purpose of assigning, transferring, granting or conveying its interest in the Property to the Buyer as contemplated by the Agreement, and (d) take such other and further steps as are contemplated thereby to fulfill its obligations or as may be necessary to effectuate the terms of this order.

3.      Pursuant to section 363(f)(3) of the Bankruptcy Code, and Bankruptcy Rule 6004, upon the closing of the sale transaction (the "Closing"), and payment of the required consideration, the conveyance and assignment of the Property pursuant to the Agreement will be a legal, valid, and effective transfer of the Property to the Buyer, and will vest the Buyer with all right, title and interest of the Debtor in and to the Property free and clear of all mortgages, deeds of trust, security interests, conditional sale or other title retention agreements, pledges, liens, mechanics', materialmens' and other consensual and non-consensual liens and statutory liens, claims (including, but not limited to, any "claim" as defined in Section 101(5) of the Bankruptcy Code), reclamation claims, covenants, restrictions, hypothecations, charges, indentures, loan agreements, instruments, contracts, leases, licenses, options, rights of first refusal, offsets, recoupment, rights of recovery, orders and decrees of any Court or foreign or domestic governmental entity, claims for reimbursement, contribution, indemnity or exoneration, assignment, preferences, debts, charges, suits, rights of recovery, interests, alter-ego, environmental, successor liability, judgments, demands, encumbrances, constructive or resulting trusts, or other encumbrances or charges of any kind or nature, if any, including but not limited to any restriction on the use, transfer, receipt of income, or other exercise of any attributes of ownership, including, without limitation, all liens set forth in that certain

Preliminary Report attached to the Motion as **Exhibit "B"** (collectively, "Liens").  Such Liens

include, without limitation, Liens in favor of San Mateo County Treasurer and Tax Collector

(statutory property tax lien through the date of Closing); Bank SinoPac Los Angeles Branch

("Bank SinoPac"); Tsangs; and Golden State Marble Granite, Inc.  All such Liens shall attach to

the proceeds of the sale of the Property, with the same extent, validity and priority as the Liens

were entitled to immediately prior to the Closing, until such time as the Liens are paid in full or

as otherwise ordered by the Court.

4.     Each and every federal, state and local governmental agency or department is

hereby directed to accept any and all documents and instruments necessary and appropriate to

consummate the transactions contemplated by the Agreement.  A certified copy of this Order

shall be accepted by any federal, state or local recording or filing authority as evidence of the

discharge of all Liens and claims against the Property (collectively, together with Liens, the

"Claims").

5.     As a result of the foregoing, all persons or entities, including any Governmental

Unit (as defined in section 101(27) of the Bankruptcy Code), holding any Liens against the

Property or asserting any Claims against the Debtor are forever barred and estopped from

asserting any such Liens or such Claims against the Buyer, the Property, or any other assets of

the Buyer.  This Court shall retain exclusive jurisdiction to enforce this Order to bar the

enforcement or assertion of any such Liens or such Claims against the Buyer, or the Property.

6.     On and after the Closing, the holders of Claims against the Debtor and Liens

against the Property are directed to execute such documents and take all other actions as may be

reasonably necessary to terminate and expunge such Liens and such Claims against the Property

as such Claims or Liens may have been recorded or may otherwise exist.  To the extent that any

holder of such Claims against the Debtor or such Liens against the Property refuses to execute

such documents as may be necessary to terminate and expunge any such Liens and such Claims against the Property consistent with this Order, the Debtor and the Buyer are authorized to take such actions unilaterally, including without limitation, filing UCC-3 Termination Statements to release any Lien on the Property.

7.    The consideration to be paid by the Buyer pursuant to the Agreement constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code and under the laws of the United States, any state, territory or the District of Columbia.

9.    The Debtor's assumption and assignment to the Buyer of the Debtor's  non-residential real property lease (the "Lease") with the Debtor as the lessor and Noosphere Ventures ("Noosphere") as the lessee, is hereby approved, with such assumption and assignment to be effective as of the date of the Closing, pursuant to 11 U.S.C. § 365.

10.    Subject to the foregoing assumption and assignment of the Lease, any remaining executory contracts and unexpired leases to which the Debtor is a party (the "Rejected Agreements"), if any, are hereby deemed rejected, with such rejection to be effective as of the date of Closing.

11.    Any party to a Rejected Agreement must file a proof of claim based on such rejection not later than 30 days from the date of entry of this Order.

12.    The failure, specifically, to include any particular provisions of the Agreement in this Order shall not diminish or impair the efficacy of such provisions, it being the intent of the Court that the Agreement be approved in its entirety.

13.    The Agreement and any related agreements, documents, or other instruments may be modified, amended, or supplemented by the parties thereto in accordance with the terms thereof without further order of the Court, provided that any such modification, amendment, or supplement does not reduce the Purchase Price (as defined in the Agreement) or substantially or

materially alter the essential terms therein or the terms of this Order. The Agreement and all transactions contemplated thereby, shall be binding upon any successors in interest, including without limitation any chapter 11 trustee, chapter 7 trustee or other responsible officer appointed for any of the parties thereto.

14.    The Buyer is hereby granted the benefits and protections of section 363(m) of the Bankruptcy Code, as a good faith purchaser, in connection with the Property. No portion of the Property to be sold and assigned pursuant to the Agreement shall be severable for mootness or any other purpose from any other portion of the Property, and the sale of the Property shall constitute but one nonseverable transaction under section 363 of the Bankruptcy Code.

15.    This Court hereafter shall and does retain exclusive jurisdiction: (a) to interpret, construe, enforce and implement the terms and provisions of the Agreement and this Order, all amendments thereto, any waivers and consents thereunder, any agreements executed in connection therewith, and any and all disputes that may arise under the Agreement or this Order as between the Debtor and the Buyer; (b) to hear and determine any and all disputes between the Debtor and/or the Buyer, as the case may be, and any third parties relating to the Agreement; (c) compel delivery and payment of the consideration provided for under the Agreement; (d) resolve any disputes, controversies or Claims arising out of the Agreement; and (e) interpret, implement, and enforce the provisions of this Order; provided, however, in the event that this Court abstains from exercising or declines to exercise jurisdiction with respect to any matter provided for in this clause, or is without jurisdiction, such abstention, refusal or lack of jurisdiction shall have no effect upon and shall not control, prohibit or limit the exercise of jurisdiction of any other court having competent jurisdiction with respect to any such matter.

16.    Immediately upon the Closing, the Debtor (and any title company, closing agent or escrow agent) is authorized, directed and instructed to pay the following Claims, costs and

expenses:

    a.  all ordinary and customary costs, fees and brokers' commissions associated with the transaction contemplated by the Agreement required for the Closing to occur and the transfer of the Property to the Buyer in accordance with the Agreement;

    b.  All outstanding secured property taxes due and owing through the Closing;

    c.  Payment to Bank SinoPac subject to a payoff demand and agreement of the Debtor and, absent such agreement, the claims of Bank SinoPac will attach to the proceeds of the sale as set forth in Paragraph 3 above;

    d.  Payment to the Tsangs of $6,843,507.42 upon close of escrow, in full satisfaction of their claim..

    e.  Payment to Golden State Marble Granite, Inc. in the amount of $10,000.

17.    Upon the Closing, after the payments required by this Order and set forth above, the balance of the funds shall be transferred to Levene, Neale, Bender, Yoo & Brill L.L.P., the Debtor's general bankruptcy counsel, to be held in trust pending further order of this Court.

18.    Benjamin Kirk is authorized and directed, for and in the name of the Debtor, to execute all documents, agreements and deeds related to the transaction contemplated by the Agreement and approved pursuant to this Order, as provided for in the Debtor's Resolutions attached to the Voluntary Petition [Doc. 1], and the escrow and title companies shall accept such authority for all purposes.

19.    The 14-day stay periods of Rule 6004(h) and Rule 6006(h) of the Federal Rules

of Bankruptcy Procedure are hereby waived.

###

Date: December 4, 2014

Thomas B. Donovan
United States Bankruptcy Judge

# EXHIBIT "B"

# ★ OLD REPUBLIC TITLE COMPANY

**A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP**

361 Lytton Avenue, Suite 100 • Palo Alto CA • 94301 • (650) 321-0510 • FAX (650) 403-4008

Atherton Financial Building LLC

Date: December 8, 2014
Escrow No.: 0626026289-JG
Escrow Officer: Jacqueline Griffin
Closing Date: December 9, 2014

Property:  1906 El Camino Real, Menlo Park, CA 94027

### Estimated Seller's Closing Statement

| Item | | Debits | Credits |
|---|---|---|---|
| Sales Price | | | 14,300,000.00 |
| Loan payoff to Bank Sino Pac ($2,824,209.64) | | | |
| Current Principal | | 2,704,296.43 | |
| Interest 12/08/14 through 12/12/14, 5 days @ $694.85 (est.) | | 3,474.25 | |
| Interest 8-1-14 to 8-31-14 | | 11,693.83 | |
| Interest 9-1-14 to 12-8-14 | | 68,305.94 | |
| Statement Fee | | 30.00 | |
| UCC Termination fee | | 100.00 | |
| Reconveyance/Trustee Fee | | 45.00 | |
| Other charges | | 100.00 | |
| Title date down fee | | 500.00 | |
| Appraisal fee | | 2,250.00 | |
| Legal fees and costs | | 33,414.19 | |
| Loan payoff to David Tsang and Cathy Chen Ling Tsang | | | |
| ($6,843,507.42) | | | |
| Current Principal | | 6,843,507.42 | |
| Broker's Commission 6.0% | | 858,000.00 | |
| To Intero Real Estate | 643,500.00 | | |
| To Peninsula Company | 214,500.00 | | |
| Credit to seller from Intero Real Estate | | | 6,645.00 |
| Mechanic's Lien to Golden State Marble & Granite Inc. | | | |
| ($5,362.46) | | | |
| Current Principal | | 5,000.00 | |
| Interest 09/25/13 through 12/09/14, 441 days @ $0.82 (est.) | | 362.46 | |
| Mechanic's Liens to Golden State Marble & Granite Inc. | | | |
| ($5,362.46) | | | |
| Current Principal | | 5,000.00 | |
| Interest 09/25/13 through 12/09/14, 441 days @ $0.82 (est.) | | 362.46 | |
| Hazard Insurance to Liberty Mutual Insurance | | 555.75 | |
| Replacement of defective motors to Peninsulators | | 7,061.00 | |
| Lock repair to O'Neil's Lock & Key, Inc. | | 157.63 | |
| New lamps and ballast to MEC Electrical | | 1,853.40 | |
| Plumbing repair to Aquatek | | 226.00 | |
| Sale proceeds pursuant to Order filed 12-4-2014 to Levene, | | | |
| Neale, Bender, Yoo & Brill, L.L.P. | | 3,568,667.59 | |
| Invoice #1044107658 to ThyssenKrupp Elevator Corp. | | 334.53 | |
| Real Estate Taxes (060-333-410) | | 97,990.62 | |
| All 2013-2014 | 97,990.62 | | |
| Real Estate Taxes (060-333-410) | | 42,489.77 | |
| 1st Half 2014-2015 | 42,489.77 | | |
| Prorata R.E. Taxes, 12/09/14 to 01/01/15, 22 days @ | | | 5,193.19 |
| $236.0543  (est.) | | | |

_____
Initials

# ★ OLD REPUBLIC TITLE COMPANY

**A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP**

361 Lytton Avenue, Suite 100 • Palo Alto CA • 94301 • (650) 321-0510 • FAX (650) 403-4008

Atherton Financial Building LLC

Date: December 8, 2014
Escrow No.: 0626026289-JG
Escrow Officer: Jacqueline Griffin
Closing Date: December 9, 2014

Property:  1906 El Camino Real, Menlo Park, CA 94027

## Estimated Seller's Closing Statement

| Item | | Debits | Credits |
|---|---|---|---|
| Rental Adj. by unit (est.) | | | |
| , 12/09/14 to 01/01/15, 22 days @ $1,525.3600 | | 33,557.92 | |
| Escrow Fees | | 1,250.00 | |
| Additional Charges | | 45.00 | |
| Reconveyance Fee | 45.00 | | |
| Title Charges | | | |
| CLTA Owner's Policy | | 5,395.00 | |
| Recording Fees | | 82.00 | |
| Release | 46.00 | | |
| Reconveyance | 36.00 | | |
| County Transfer Tax | | 15,730.00 | |
| Due To Seller (est.) | | 0.00 | |
| | | | |
| Total | | 14,311,838.19 | 14,311,838.19 |

Atherton Financial Building LLC, a California limited liability
company


By:_____
    Benjamin Kirk

# EXHIBIT "C"

| Creditor | Claim No. | FILED CLAIM | | | SCHEDULED CLAIM | | | Payment Upon Dismissal | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | General Unsecured | Schedule "D" Secured | Schedule "E" Priority | Schedule "F" Unsecured | | |
| Bank SinoPac | | | | | $2,715,985.00 | | | $0 | Paid from escrow. |
| Golden State Granite & Marble, Inc. | | | | | $10,000.00 | | | $0 | Paid from escrow. |
| AT&T | | | | | | | $135.39 | $135.39 | |
| California Water Service Company | | | | | | | $1,163.30 | $1,163.30 | |
| COMCAST | | | | | | | $738.52 | $738.52 | |
| Discount Plumbing and Rooter Company | | | | | | | $300 | $300 | |
| Fry's Electronics | | | | | | | $4,578.07 | $4,578.07 | |
| Hue & Cry | | | | | | | $4,402.06 | $2,429.98 | Consensually agreed upon amount, based on attached invoices. |
| Immix Leasing | | | | | | | $295.79 | $295.79 | |
| North America Capital, LLC | | | | | | | $230,196.97 | $230,196.97 | |
| Recology San Mateo County | | | | | | | $58.87 | $58.87 | |
| TelePacific Communications | | | | | | | $3,091.93 | $3,091.93 | |
| Travelers | | | | | | | $4,200 | $0 | Stipulation was sent to Travelers. |
| Verizon Wireless | | | | | | | $194.80 | $194.80 | |
| San Mateo County Treasurer and Tax Collector | 1 | $95,522.16 | | | | | | $0 | Paid from escrow. |
| Pacific Gas and Electric Company | 2 | $2,735.32 | | | | | | $2,735.32 | |
| David & Cathy Tsang | 3 | $6,872,439 | | | | | | $0 | Paid from escrow. |
| Thyssen Krupp Elevator Corporation | 4 | | | $1,003.59 | | | | $1,003.59 | |
| | | | | | | | | **$246,922.53** | |

# EXHIBIT "D"

Invoice Number     488508
Sale Date     6/11/2014
Due Date     10/31/2014

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

**Service Address**
ATHERTON FINANCIAL, LLC.
SHELBY HO
1906 EL CAMINO REAL
MENLO PARK, CA 94026

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| 12V 7AMP BATTERY | 2 | $19.92 | $39.84 | $0.00 | $39.84 |
| 120VAC 85V TRANSFORMER | 1 | $36.31 | $36.31 | $0.00 | $36.31 |
| SERVICE CALL ON FIRE SYSTEM | 1 | $210.97 | $210.97 | $0.00 | $210.97 |

For Service Provided As Per Work Order Number 110316
Found facp with no ac power or dc power.
Checked ac voltage  but transformer is blown.
Checked batteries and both are dead.
Replaced transformer with new 120vac 85va Basler Electric .
Installed 2 new Powersonic PS1270F1 12vdc 7amp hr batteries.
Tested signals checked all voltage , all ok.
System normal at departure.

Note: previous service on ac circuit breaker power issue .had to
switch dedicated power to spare breaker on electrical sub panel.
Recommend customer to have electrician check out bldg . electrical
system.
Signed by: No one onsite to sign.

Invoice auto transferred from SubscriberID 21097

| TOTALS | $287.12 | $0.00 | $287.12 |
|---|---|---|---|
| Prior Payments On This Invoice | | | $133.21 |
| Total Due For This Invoice | | | $153.91 |

-------------------------------Return Stub Below-------------------------------

Please return this portion of your invoice with your payment.  Thank you!
Customer :  GUGGENHEIM REALTY GROUP INC

Invoice Number     488508
Bill Payer ID:     28185
(Primary) CSID:

Acct. Bal.    $2,019.74    Amount Remitted

Date Remitted

Payment Method    Check

Check Number

Charge*    Card Number

Billing Zipcode

Name On Card

Exp Date

Signature

Card ID

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.     488508

Invoice Number    488509
Sale Date    6/12/2014
Due Date    9/30/2014

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

**Service Address**
ATHERTON FINANCIAL, LLC.
SHELBY HO
1906 EL CAMINO REAL
MENLO PARK, CA 94026

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| SERVICE CALL ON FIRE SYSTEM | 1 | $36.34 | $36.34 | $0.00 | $36.34 |
| ER SERVICE CALL ON FIRE SYSTEM | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| TOTALS | | | $286.34 | $0.00 | $286.34 |

For Service Provided As Per Work Order Number 110376
Found facp with no ac power and still powered by back up
batteries.
Dedicated ckt breaker was tripped.
Checked ac voltage but transformer is blown again in less than
24hrs.
Replaced transformer with used 120vac 85va Basler Electric .
Wired temporary 120vac extension cord pigtail to facp transformer
and plugged in to ac outlet below facp to try to determined where
power issue might be.
Tested signals ,checked all voltage , all ok.
System normal at departure.
Total travel and onsite time is 2 hours
Note:
Recommend customer to have electrician check out bldg . electrical
system.
I programmed ac loss reporting to 1hr after initial loss of power and
Will need to monitor for ac loss signals.
Will need to return and install new transformer and elec,trial issue
resolved

Signed by: No one onsite to sign.

Invoice auto transferred from SubscriberID 21097

| | |
|---|---|
| **Invoice Number** | 488593 |
| Sale Date | 6/19/2014 |
| Due Date | 10/31/2014 |

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

**Service Address**
ATHERTON FINANCIAL, LLC.
SHELBY HO
1906 EL CAMINO REAL
MENLO PARK, CA 94026

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| SERVICE CALL ON FIRE SYSTEM | 1 | $345.00 | $345.00 | $0.00 | $345.00 |

| | Price | Tax | Total |
|---|---|---|---|
| **TOTALS** | $345.00 | $0.00 | $345.00 |

For Service Provided As Per Work Order Number 110408
Met electrician Rick and property manager Wendy .
Electrician checked out electrical system and could not find
anything wrong .
It appears issue might be with PG&E power coming into bldg.
because the burglar alarm system company is also having to
replace transformers and their power is from a different electrical
sub panel than the house panel that the fire alarm is getting power
from. Also irrigation control transformer is bad
Wendy will contact PG&E to inspect. But will like facp powered up
and protecting bldg. and temporarily disconnect exterior
annunciatior .until issue is resolved.
I powered panel up with temporary power cord plugged in to surge
protector power strip which is plugged in to receptacle below facp.
Plugged in batteries and disconnected annunciator power at facp
terminal. We will monitor for ac loss and central station must advise
Wendy right way and service dept.
Programmend real time clock ,date and left system in annunciatior
trouble condition at departure.
I was onsite for 3 hours.
Signed by: Wendy Wang

Invoice auto transferred from SubscriberID 21097

Invoice Number                489113
Sale Date                     6/30/2014
Due Date                      8/31/2014

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| Finance/Late Charges | 1 | $13.78 | $13.78 | $0.00 | $13.78 |

Late fee assessed on invoice # 488508 due on 6/20/2014 with an outstanding balance of $287.12
Late fee assessed on invoice # 488509 due on 6/20/2014 with an outstanding balance of $286.34
Late fee assessed on invoice # 488593 due on 6/19/2014 with an outstanding balance of $345.00

Late Charges are computed at an Annual Rate of 18.00% and subject to a minimum charge of $5.00

| TOTALS | | |
|---|---|---|
| $13.78 | $0.00 | $13.78 |

--------------------------------Return Stub Below--------------------------------

Please return this portion of your invoice with your payment.  Thank you!

Customer : ACE MANAGEMENT CORPORATION

Invoice Number            489113
Bill Payer ID:            24283
(Primary) CSID:

Acct. Bal.        $516.74    Amount Remitted

Payment       Check ☐      Check Number
Method

Date Remitted

Charge* ☐      Card Number                        Billing Zipcode

Name On Card                        Exp Date

Signature                        Card ID

*Please Note :  If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.        489113

Page 1

| | |
|---|---|
| **Invoice Number** | 493652 |
| Sale Date | 7/1/2014 |
| Due Date | 10/31/2014 |

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

**Service Address**
ATHERTON FINANCIAL, LLC.
SHELBY HO
1906 EL CAMINO REAL
MENLO PARK, CA 94026

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| SERVICE CALL ON FIRE SYSTEM | 1 | $115.00 | $115.00 | $0.00 | $115.00 |
| | | **TOTALS** | $115.00 | $0.00 | $115.00 |

For Service Provided As Per Work Order Number 110400
Arrived onsite met Wendy .
I briefly discussed issue and she said electrical contractor will be here on Monday.
She informed me that she would like fire alarm system powered down.
I advised her that bldg. would need to be on a fire watch over the weekend or system is back up. She understood and agreed to terms.
Proceeded to disconnect batteries, turned off circuit breaker and disconnected transformer plug from facp mother board.
Verified that both sprinkler risers are pressurized at gages, all interior and exterior sprinkler valves are in open state.
Note : Fire alarm system non functional at time of departure.
I was onsite for 30 minutes.
Signed by: Wendy Wang

Invoice auto transferred from SubscriberID 21097

·······························Return Stub Below·······························

Please return this portion of your invoice with your payment. Thank you!
Customer : GUGGENHEIM REALTY GROUP INC

| | |
|---|---|
| Invoice Number | 493652 |
| Bill Payer ID: | 28185 |
| (Primary) CSID: | |

Acct. Bal.     $2,019.74     Amount Remitted

Payment Method     Check ☐     Check Number

Date Remitted

Charge* ☐     Card Number                    Billing Zipcode

Name On Card                    Exp Date

Signature                    Card ID

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.     493652

Page 1

| | | Invoice Number | 488146 |
|---|---|---|---|
| | | Sale Date | 7/1/2014 |
| | | Due Date | 11/30/2014 |

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| MONITORING OF LEASED FIRE ALARM SYSTEM | 1 | $72.00 | $72.00 | $0.00 | $72.00 |
| BILLED MONTHLY IN ADVANCE<br>For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered: 07/01/2014 to 07/31/2014 inclusive. | | | | | |
| FIRE ALARM INSPECTION FEE | 1 | $34.50 | $34.50 | $0.00 | $34.50 |
| BILLED MONTHLY FOR SEMI ANNUAL INSPECTIONS<br>For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered: 07/01/2014 to 07/31/2014 inclusive. | | | | | |

| | TOTALS | $106.50 | $0.00 | $106.50 |
|---|---|---|---|---|

·······································Return Stub Below·······································

Please return this portion of your invoice with your payment. Thank you!

Customer : ACE MANAGEMENT CORPORATION

| | | Invoice Number | 488146 |
|---|---|---|---|
| | | Bill Payer ID: | 24283 |
| Acct. Bal. | $516.74   Amount Remitted | (Primary) CSID: | |

Payment Method    Check ☐    Check Number                        Date Remitted

Charge* ☐    Card Number                              Billing Zipcode
Name On Card                                        Exp Date

Signature                                            Card ID

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa

Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.    488146

Page 1

| | Invoice Number | 493381 |
|---|---|---|
| | Sale Date | 7/31/2014 |
| | Due Date | 7/31/2014 |

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| Finance/Late Charges | 1 | $15.37 | $15.37 | $0.00 | $15.37 |

Late fee assessed on invoice # 488146 due on 7/1/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 488508 due on 6/20/2014 with an outstanding balance of $287.12
Late fee assessed on invoice # 488509 due on 6/20/2014 with an outstanding balance of $286.34
Late fee assessed on invoice # 488593 due on 6/19/2014 with an outstanding balance of $345.00

Late Charges are computed at an Annual Rate of 18.00% and subject to a minimum charge of $5.00

| | TOTALS | $15.37 | $0.00 | $15.37 |
|---|---|---|---|---|

·······················Return Stub Below·······················

Please return this portion of your invoice with your payment.  Thank you!

Customer : ACE MANAGEMENT CORPORATION

| | | |
|---|---|---|
| | Invoice Number | 493381 |
| | Bill Payer ID: | 24283 |
| | (Primary) CSID: | |

Acct. Bal.    $516.74    Amount Remitted

Payment Method    Check ☐    Check Number

Date Remitted

Charge* ☐    Card Number                Billing Zipcode

Name On Card                Exp Date

Signature                Card ID

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.    493381

Page 1

| | |
|---|---|
| **Invoice Number** | 491541 |
| Sale Date | 8/1/2014 |
| Due Date | 9/30/2014 |

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| MONITORING OF LEASED FIRE ALARM SYSTEM | 1 | $72.00 | $72.00 | $0.00 | $72.00 |
| BILLED MONTHLY IN ADVANCE<br>For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered: 08/01/2014 to 08/31/2014 inclusive. | | | | | |
| FIRE ALARM INSPECTION FEE | 1 | $34.50 | $34.50 | $0.00 | $34.50 |
| BILLED MONTHLY FOR SEMI ANNUAL INSPECTIONS<br>For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered: 08/01/2014 to 08/31/2014 inclusive. | | | | | |

| | TOTALS | $106.50 | $0.00 | $106.50 |
|---|---|---|---|---|

-------------------------------Return Stub Below-------------------------------

**Please return this portion of your invoice with your payment. Thank you!**

Customer : ACE MANAGEMENT CORPORATION

| Invoice Number | 491541 |
|---|---|
| Bill Payer ID: | 24283 |
| (Primary) CSID: | |

Acct. Bal.    $516.74    Amount Remitted ☐☐☐☐☐ . ☐☐

Payment Method    Check ☐    Check Number ☐☐☐☐☐☐☐☐    Date Remitted ☐☐☐☐☐

Charge* ☐    Card Number ☐☐☐☐☐☐☐☐☐☐    Billing Zipcode ☐

Name On Card ☐    Exp Date ☐

Signature ☐    Card ID ☐

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.    491541

Page 1

| | |
|---|---|
| **Invoice Number** | 497696 |
| Sale Date | 8/28/2014 |
| Due Date | 10/31/2014 |

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

**Service Address**
ATHERTON FINANCIAL, LLC.
SHELBY HO
1906 EL CAMINO REAL
MENLO PARK, CA 94026

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| 12V 7AMP BATTERY | 2 | $19.92 | $39.84 | $0.00 | $39.84 |
| Service Call | 1 | $174.19 | $174.19 | $0.00 | $174.19 |
| | | **TOTALS** | $214.03 | $0.00 | $214.03 |

For Service Provided As Per Work Order Number 112142
Found facp without any back up or primary power.
Checked ac power at transformer .it was present but no power to
main facp board.
It appears transformer is blow again. I did not have spare to
replace.
Need to return with especial order part .temporarily powered from
new batteries that I
Installed 2 new Power Sonic PS1270F1 battery.
Not sure how long it will power system in standby but customer
needs to resolve the power issue from last time that the system
was temporarily left using power pig tail plugged into power strip
and exterior annunciator disconnected so it will not bother
neighbors .
Note: system in trouble condition at time of departure.
Need to find out from customer what was the outcome of electrical
company diagnosis of what was happening.
Signed by: No PM onsite to sign

Invoice auto transferred from SubscriberID 21097

| | | Invoice Number | 497502 |
|---|---|---|---|
| | | Sale Date | 8/29/2014 |
| | | Due Date | 8/29/2014 |

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| Finance/Late Charges | 1 | $18.70 | $18.70 | $0.00 | $18.70 |

Late fee assessed on invoice # 488146 due on 7/1/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 488508 due on 7/31/2014 with an outstanding balance of $287.12
Late fee assessed on invoice # 488509 due on 7/31/2014 with an outstanding balance of $286.34
Late fee assessed on invoice # 488593 due on 7/31/2014 with an outstanding balance of $345.00
Late fee assessed on invoice # 491541 due on 8/1/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 493652 due on 8/1/2014 with an outstanding balance of $115.00

Late Charges are computed at an Annual Rate of 18.00% and
subject to a minimum charge of $5.00

| TOTALS | $18.70 | $0.00 | $18.70 |
|---|---|---|---|

········································-Return Stub Below-········································

**Please return this portion of your invoice with your payment.  Thank you!**

Customer : ACE MANAGEMENT CORPORATION

Invoice Number        497502
Bill Payer ID:          24283
(Primary) CSID:

Acct. Bal.      $516.74      Amount Remitted

Payment      Check ☐      Check Number
Method

Date Remitted

Charge* ☐      Card Number                          Billing Zipcode

Name On Card                          Exp Date

Signature                          Card ID

*Please Note :  If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
**Please remit to :** HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.      497502

Page 1

Invoice Number    495532
Sale Date    9/1/2014
Due Date    10/31/2014

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| MONITORING OF LEASED FIRE ALARM SYSTEM | 1 | $72.00 | $72.00 | $0.00 | $72.00 |
| BILLED MONTHLY IN ADVANCE<br>For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered: 09/01/2014 to 09/30/2014 inclusive. | | | | | |
| FIRE ALARM INSPECTION FEE | 1 | $34.50 | $34.50 | $0.00 | $34.50 |
| BILLED MONTHLY FOR SEMI ANNUAL INSPECTIONS<br>For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered: 09/01/2014 to 09/30/2014 inclusive. | | | | | |

| | TOTALS | $106.50 | $0.00 | $106.50 |
|---|---|---|---|---|

·······················Return Stub Below·······················

Please return this portion of your invoice with your payment. Thank you!

Customer : ACE MANAGEMENT CORPORATION

Invoice Number    495532
Bill Payer ID:    24283
(Primary) CSID:

Acct. Bal.    $516.74    Amount Remitted

Payment Method    Check ☐    Check Number

Date Remitted

Charge* ☐    Card Number    Billing Zipcode

Name On Card    Exp Date

Signature    Card ID

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.    495532

| | |
|---|---|
| **Invoice Number** | 498315 |
| Sale Date | 9/9/2014 |
| Due Date | 10/31/2014 |

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

**Service Address**
ATHERTON FINANCIAL, LLC.
SHELBY HO
1906 EL CAMINO REAL
MENLO PARK, CA 94026

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| 12V 7AMP BATTERY | 2 | $19.92 | $39.84 | $0.00 | $39.84 |
| SERVICE CALL ON FIRE SYSTEM | 1 | $175.16 | $175.16 | $0.00 | $175.16 |

| | | | |
|---|---|---|---|
| TOTALS | $215.00 | $0.00 | $215.00 |

For Service Provided As Per Work Order Number 112620
Need to order transformer 120vac 85va Basler Electric . Found
facp without any back up or primary power again.
Checked 120vac power at transformer .it was present but no 24vac
power from transformer to main facp board.
Need to return with especial order part .temporarily powered from
new batteries that I
Installed (2 new Power Sonic PS1270F1 battery. )
Not sure how long it will power system in standby but customer
needs to resolve the power issue from last time that the system
was temporarily left using power pig tail plugged into power strip
and exterior annunciator disconnected so it will not bother
neighbors .
Note: system in trouble condition at time of departure.
I was onsite for 30 min.

Signed by: No property management onsite to sign

Invoice auto transferred from SubscriberID 21097

**Invoice Number**                500109
Sale Date                         9/12/2014
Due Date                          10/31/2014

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

**Service Address**
ATHERTON FINANCIAL, LLC.
SHELBY HO
1906 EL CAMINO REAL
MENLO PARK, CA 94026

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| 36V 85VA YEL-YEL PRIMARY TRANSFORER | 1 | $38.97 | $38.97 | $0.00 | $38.97 |
| SERVICE CALL ON FIRE SYSTEM | 1 | $278.97 | $278.97 | $0.00 | $278.97 |
| | | TOTALS | $317.94 | $0.00 | $317.94 |

For Service Provided As Per Work Order Number 112941
Found facp with no ac power or dc power
Replaced transformer with new 120vac 85va Basler Electric .
Removed temporary pig tail cord to power strip and reconnected
transformer 120vac wiring to dedicated circuit wiring.
Plugged in existing batteries installed on  9/8/14 which should
charge back up to normal.
Tested signals checked all voltage .
Ac input voltage at transformer at 120.5vac .
Reconnected power wire to exterior remote annunciator.
System restored and normal at departure.
Signed by: No property management onsite to sign

Invoice auto transferred from SubscriberID 21097

-------------------------------------------------Return Stub Below-------------------------------------------------

Please return this portion of your invoice with your payment.  Thank you!
Customer :  GUGGENHEIM REALTY GROUP INC

Invoice Number        500109
Bill Payer ID:          28185
(Primary) CSID:

Acct. Bal.      $2,019.74    Amount Remitted

Date Remitted

Payment
Method        Check            Check Number

Charge*        Card Number                              Billing Zipcode

Name On Card                              Exp Date

Signature                                  Card ID

*Please Note :  If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.      500109

Page 1

Invoice Number    501446
Sale Date    9/30/2014
Due Date    10/30/2014

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| Finance/Late Charges | 1 | $31.50 | $31.50 | $0.00 | $31.50 |

Late fee assessed on invoice # 488146 due on 8/31/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 488508 due on 7/31/2014 with an outstanding balance of $287.12
Late fee assessed on invoice # 488509 due on 7/31/2014 with an outstanding balance of $286.34
Late fee assessed on invoice # 488593 due on 7/31/2014 with an outstanding balance of $345.00
Late fee assessed on invoice # 491541 due on 8/1/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 493652 due on 8/1/2014 with an outstanding balance of $115.00
Late fee assessed on invoice # 495532 due on 9/1/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 497696 due on 8/28/2014 with an outstanding balance of $214.03
Late fee assessed on invoice # 498315 due on 9/9/2014 with an outstanding balance of $215.00
Late fee assessed on invoice # 500109 due on 9/12/2014 with an outstanding balance of $317.94

Late Charges are computed at an Annual Rate of 18.00% and subject to a minimum charge of $5.00

| | TOTALS | $31.50 | $0.00 | $31.50 |
|---|---|---|---|---|

---------------------------------Return Stub Below---------------------------------

Please return this portion of your invoice with your payment. Thank you!

Customer : ACE MANAGEMENT CORPORATION

Invoice Number    501446
Bill Payer ID:    24283
(Primary) CSID:

Acct. Bal.    $516.74    Amount Remitted

Payment Method    Check ☐    Check Number

Date Remitted

Charge* ☐    Card Number

Billing Zipcode

Name On Card

Exp Date

Signature

Card ID

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa

Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.    501446

Page 1

| | | | | |
|---|---|---|---|---|
| Invoice Number | | | 499717 | |
| Sale Date | | | 10/1/2014 | |
| Due Date | | | 10/1/2014 | |

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| MONITORING OF LEASED FIRE ALARM SYSTEM | 1 | $72.00 | $72.00 | $0.00 | $72.00 |
| BILLED MONTHLY IN ADVANCE | | | | | |
| For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026 | | | | | |
| Period Covered: 10/01/2014 to 10/31/2014 inclusive. | | | | | |
| FIRE ALARM INSPECTION FEE | 1 | $34.50 | $34.50 | $0.00 | $34.50 |
| BILLED MONTHLY FOR SEMI ANNUAL INSPECTIONS | | | | | |
| For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026 | | | | | |
| Period Covered: 10/01/2014 to 10/31/2014 inclusive. | | | | | |

| | | | |
|---|---|---|---|
| TOTALS | $106.50 | $0.00 | $106.50 |

------------------------------Return Stub Below------------------------------

Please return this portion of your invoice with your payment. Thank you!

Customer : ACE MANAGEMENT CORPORATION

| | |
|---|---|
| Invoice Number | 499717 |
| Bill Payer ID: | 24283 |
| (Primary) CSID: | |

Acct. Bal.        $516.74    Amount Remitted [ ][ ][ ][ ][.][ ]

Payment Method    Check [ ]    Check Number [ ][ ][ ][ ][ ][ ]    Date Remitted [ ][ ][ ][ ][ ]

Charge* [ ]    Card Number [ ]    Billing Zipcode [ ]

Name On Card [ ]    Exp Date [ ]

Signature [ ]    Card ID [ ]

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa

Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007        Inv No.        499717

Invoice Number      505993
Sale Date      10/31/2014
Due Date      10/31/2014

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| Finance/Late Charges | 1 | $6.39 | $6.39 | $0.00 | $6.39 |

Late fee assessed on invoice # 488146 due on 9/30/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 491541 due on 9/30/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 495532 due on 9/1/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 499717 due on 10/1/2014 with an outstanding balance of $106.50

Late Charges are computed at an Annual Rate of 18.00% and subject to a minimum charge of $5.00

| TOTALS | $6.39 | $0.00 | $6.39 |
|---|---|---|---|

-------------------------------Return Stub Below-------------------------------

Please return this portion of your invoice with your payment.  Thank you!

Customer :  ACE MANAGEMENT CORPORATION

Invoice Number      505993
Bill Payer ID:      24283
(Primary) CSID:

Acct. Bal.      $516.74    Amount Remitted

Payment Method      Check ☐    Check Number

Date Remitted

Charge* ☐    Card Number                    Billing Zipcode

Name On Card                    Exp Date

Signature                    Card ID

*Please Note :  If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.      505993

Page 1

Invoice Number      506165
Sale Date      10/31/2014
Due Date      10/31/2014

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| Finance/Late Charges | 1 | $26.71 | $26.71 | $0.00 | $26.71 |

Late fee assessed on invoice # 488508 due on 9/30/2014 with an outstanding balance of $287.12
Late fee assessed on invoice # 488509 due on 9/30/2014 with an outstanding balance of $286.34
Late fee assessed on invoice # 488593 due on 9/30/2014 with an outstanding balance of $345.00
Late fee assessed on invoice # 493652 due on 9/30/2014 with an outstanding balance of $115.00
Late fee assessed on invoice # 497696 due on 9/30/2014 with an outstanding balance of $214.03
Late fee assessed on invoice # 498315 due on 9/30/2014 with an outstanding balance of $215.00
Late fee assessed on invoice # 500109 due on 9/12/2014 with an outstanding balance of $317.94

Late Charges are computed at an Annual Rate of 18.00% and subject to a minimum charge of $5.00

| TOTALS | $26.71 | $0.00 | $26.71 |
|---|---|---|---|

···········································Return Stub Below··········································

Please return this portion of your invoice with your payment.  Thank you!

Customer :  GUGGENHEIM REALTY GROUP INC

Invoice Number      506165
Bill Payer ID:      28185
(Primary) CSID:

Acct. Bal.      $2,019.74      Amount Remitted

Date Remitted

Payment Method      Check ☐      Check Number

Charge* ☐      Card Number

Billing Zipcode

Name On Card

Exp Date

Signature

Card ID

*Please Note :  If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.      506165

Page 1

Invoice Number     503783
Sale Date          11/1/2014
Due Date           11/1/2014

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| MONITORING OF LEASED FIRE ALARM SYSTEM | 1 | $72.00 | $72.00 | $0.00 | $72.00 |
| BILLED MONTHLY IN ADVANCE<br>For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered: 11/01/2014 to 11/30/2014 inclusive. | | | | | |
| FIRE ALARM INSPECTION FEE | 1 | $34.50 | $34.50 | $0.00 | $34.50 |
| BILLED MONTHLY FOR SEMI ANNUAL INSPECTIONS<br>For: ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered: 11/01/2014 to 11/30/2014 inclusive. | | | | | |
| | | | TOTALS | $106.50 | $0.00 | $106.50 |

····················Return Stub Below····················

Please return this portion of your invoice with your payment.  Thank you!
Customer : GUGGENHEIM REALTY GROUP INC

Invoice Number          503783
Bill Payer ID:          28185
(Primary) CSID:

Acct. Bal.    $2,019.74    Amount Remitted

Payment Method    Check ☐    Check Number

Date Remitted

Charge* ☐    Card Number                          Billing Zipcode

Name On Card                          Exp Date

Signature                          Card ID

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.    503783

Page 1

|  | Invoice Number | 509525 |
|---|---|---|
|  | Sale Date | 11/30/2014 |
|  | Due Date | 11/30/2014 |

ACE MANAGEMENT CORPORATION
3218 EAST HOLT AVE
WEST COVINA, CA 91791

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| Finance/Late Charges | 1 | $5.00 | $5.00 | $0.00 | $5.00 |

Late fee assessed on invoice # 491541 due on 9/30/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 495532 due on 10/31/2014 with an outstanding balance of $106.50
Late fee assessed on invoice # 499717 due on 10/1/2014 with an outstanding balance of $106.50

Late Charges are computed at an Annual Rate of 18.00% and subject to a minimum charge of $5.00

| TOTALS | $5.00 | $0.00 | $5.00 |
|---|---|---|---|

---------------------------------------------------Return Stub Below----------------------------------------------------

Please return this portion of your invoice with your payment.  Thank you!

Customer :  ACE MANAGEMENT CORPORATION

| | |
|---|---|
| Invoice Number | 509525 |
| Bill Payer ID: | 24283 |
| (Primary) CSID: | |

Acct. Bal.     $516.74    Amount Remitted

Payment
Method        Check ☐    Check Number

Date Remitted

Charge* ☐    Card Number

Billing Zipcode

Name On Card

Exp Date

Signature

Card ID

*Please Note :  If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa

Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.     509525

Page 1

Invoice Number        509702
Sale Date             11/30/2014
Due Date              11/30/2014

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| Finance/Late Charges | 1 | $26.31 | $26.31 | $0.00 | $26.31 |

Late fee assessed on invoice # 488508 due on 10/31/2014 with an outstanding balance of $153.91
Late fee assessed on invoice # 488509 due on 9/30/2014 with an outstanding balance of $286.34
Late fee assessed on invoice # 488593 due on 10/31/2014 with an outstanding balance of $345.00
Late fee assessed on invoice # 493652 due on 10/31/2014 with an outstanding balance of $115.00
Late fee assessed on invoice # 497696 due on 10/31/2014 with an outstanding balance of $214.03
Late fee assessed on invoice # 498315 due on 10/31/2014 with an outstanding balance of $215.00
Late fee assessed on invoice # 500109 due on 10/31/2014 with an outstanding balance of $317.94
Late fee assessed on invoice # 503783 due on 11/1/2014 with an outstanding balance of $106.50

Late Charges are computed at an Annual Rate of 18.00% and subject to a minimum charge of $5.00

| TOTALS | $26.31 | $0.00 | $26.31 |
|---|---|---|---|

·····························Return Stub Below·····························

Please return this portion of your invoice with your payment.  Thank you!

Customer :  GUGGENHEIM REALTY GROUP INC

|  |  |
|---|---|
| | Invoice Number        509702 |
| | Bill Payer ID:         28185 |
| | (Primary) CSID: |

Acct. Bal.      $2,019.74      Amount Remitted

Payment Method      Check ☐      Check Number

Date Remitted

Charge* ☐      Card Number                                    Billing Zipcode

Name On Card                                                  Exp Date

Signature                                                     Card ID

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.        509702

Page 1

Invoice Number    507993
Sale Date    12/1/2014
Due Date    12/1/2014

GUGGENHEIM REALTY GROUP INC
TIM TOM
595 MILLICH DRIVE SUITE 101
CAMBELL , CA 95008

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| MONITORING OF LEASED FIRE ALARM SYSTEM | 1 | $72.00 | $72.00 | $0.00 | $72.00 |
| BILLED MONTHLY IN ADVANCE<br>For:  ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered:  12/01/2014 to 12/31/2014 inclusive. | | | | | |
| FIRE ALARM INSPECTION FEE | 1 | $34.50 | $34.50 | $0.00 | $34.50 |
| BILLED MONTHLY FOR SEMI ANNUAL INSPECTIONS<br>For:  ATHERTON FINANCIAL, LLC. at 1906 EL CAMINO REAL MENLO PARK, CA 94026<br>Period Covered:  12/01/2014 to 12/31/2014 inclusive. | | | | | |

TOTALS    $106.50    $0.00    $106.50

·······································Return Stub Below·······································

Please return this portion of your invoice with your payment.  Thank you!

Customer :  GUGGENHEIM REALTY GROUP INC

Invoice Number    507993

Acct. Bal.    $2,019.74    Amount Remitted

Bill Payer ID:    28185
(Primary) CSID:

Payment Method    Check ☐    Check Number

Date Remitted

Charge* ☐    Card Number

Billing Zipcode

Name On Card

Exp Date

Signature

Card ID

*Please Note :  If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : HUE & CRY, INC. / SC, P.O. BOX 548, ANDERSON, CA 96007

Inv No.    507993

Page 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR ORDER (1) AUTHORIZING DISBURSEMENT OF FUNDS TO CREDITORS; AND (2) DISMISSAL OF BANKRUPTCY CASE; DECLARATION OF BENJAMIN KIRK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 24, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Douglas G Boven    dboven@reedsmith.com, gsandoval@reedsmith.com
- Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com;stephanie@lnbyb.com
- Jeffrey S Kwong    jsk@lnbyb.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Laura Palazzolo    laura.palazzolo@berliner.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com

**2. SERVED BY UNITED STATES MAIL**: On **December 24, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 24, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Thomas B. Donovan **Served By Attorney Service**
United States Bankruptcy Court
255 E. Temple Street, Suite 1352 / Courtroom 1345
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 24, 2014 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:14-bk-27223-TD
Central District Of California
Los Angeles
Wed Dec 24 11:11:28 PST 2014

Atherton Financial Building LLC
3592 Rosemead Blvd
Suite 325
Rosemead, CA 91770-2053

Bank SinoPac, Los Angeles Branch
c/o Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd 17th Flr
Los Angeles, CA 90048-4904

ThyssenKrupp Elevator
in care of CST CO INC
PO Box 224768
Dallas, TX 75222-4768

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AT&T
PO Box 5025
Carol Street, IL 60197-5025

American REO Solutions LLC
2804 Gateway Oaks Drive #200
Sacramento, CA 95833-4346

Bank SinoPac
355 South Grand Avenue
Ste 4168
Los Angeles, CA 90071-3100

COMCAST
PO Box 34227
Seattle, WA 98124-1227

California Water Service Company
PO Box 940001
San Jose, CA 95194-0001

David & Cathy Tsang
758 Loyola Drive
Los Altos, CA 94024-5918

Discount Plumbing & Rooter Company
1330 Valota Road
Redwood City, CA 94061-2156

Employment Development Dept.
1525 S. Broadway
Room 223
Los Angeles, CA 90015-3030

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812-2952

Fry's Electronics
1077 East Argues Avenue
Sunnyvale, CA 94085-3902

Golden State Granite & Marble Inc.
114 S. Amphlett Bl.
San Mateo, CA 94401-2941

Great Vista Real Estate Invest Corp
250 Selby Lane
Atherton, CA 94027-3931

Hue & Cry Inc
PO Box 548
Anderson CA 96007-0548

Immix Leasing
1833 Walter Drive
Los Banos, CA 93635-5231

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Noosphere Ventures
1906 El Camino Real
Atherton, CA 94027-4129

North America Capital LLC
126 Atherton Avenue
Atherton, CA 94027-4021

Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

PG&E
Box 997300
Sacramento, CA 95899-7300

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

Recology San Mateo County
PO Box 514230
Los Angeles, CA 90051-4230

San Mateo County Treasurer
and Tax Collector
555 County Center #1
Redwood City, CA 94063-1665

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Sunshine Valley LLC
Attn: Benjamin Kirk
2648 E WORKMAN AVE STE 238
West Covina, CA 91791-1604

TelePacifc Communications
PO Box 526015
Sacramento, CA 95852-6015

Travelers
PO Box 15439
Sacramento, CA 95851-0439

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Washington Capital Management LLC
2804 Gateway Oaks Drive #200
Sacramento, CA 95833-4346

David B Golubchik
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

David & Cathy Tsang
c/o Berliner Cohen
10 Almaden Blvd.
11th Floor
San Jose
San Jose, Ca 95113-2226


Jeffrey S Kwong
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Pacific Gas and Electric Company
PO Box 8329
c/o Bankruptcy Department
Stockton CA 95208

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Intero Real Estate Serv

(u)Levene Neale ender Yoo & Brill LLP

(u)Noosphere Ventures LLC


(d)ThyssenKrupp Elevator Corporation
in care of CST CO INC
PO Box 224768
Dallas, TX 75222-4768

End of Label Matrix
Mailable recipients    36
Bypassed recipients     4
Total                  40