DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Attorneys for Debtor and
Debtor in Possession

FILED & ENTERED

JAN 21 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:14-bk-27223-TD |
| | ) |
| ATHERTON FINANCIAL BUILDING, LLC, | ) **Chapter 11 Case** |
| | ) |
| Debtor and Debtor in Possession. | ) **ORDER RE: MOTION FOR ORDER (1) AUTHORIZING DISBURSEMENT OF FUNDS TO CREDITORS; AND (2) DISMISSAL OF BANKRUPTCY CASE** |
| | ) <u>Hearing</u>: |
| | ) Date:  January 14, 2015 |
| | ) Time:  2:00 p.m. |
| | ) Place: Courtroom 1345 |
| | )        255 E. Temple Street |
| | )        Los Angeles, CA 90012 |

1

A hearing was held on January 14, 2015 at 2:00 p.m. to consider the Motion For Order (1) Authorizing Disbursement Of Funds To Creditors; And (2) Dismissal Of Bankruptcy Case ("Motion") filed by Atherton Financial Building, LLC (the "Debtor"). Appearances were as set forth on the Court's record.

This Court, having considered the Motion and all evidence and other documents filed in support of the Motion, the response filed by the Office of the United States Trustee, the limited objection filed by Lucy Gao, the Debtor's reply thereto, the statements and representations of counsel made at the hearing on the Motion, the entire record in the Debtor's bankruptcy case, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted in part, as set forth below;

2. The Debtor is authorized to distribute funds held by Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") to its creditors, as set forth in the Motion, as well as the Office of the United States Trustee ("OUST") and professional fees owing to LNBYB;

3. Until such time as payment to OUST is made, the OUST is hereby granted a judgment against the Debtor for $13,325.00, representing the unpaid quarterly fees due and owing to the OUST;

4. The Debtor is authorized to release $50,000 to LNBYB to fund a retainer for an anticipated bankruptcy case for the Debtor's affiliate;

5. Other than the foregoing disbursements, the balance of the funds held by LNBYB shall be held by LNBYB and disbursed upon further order of this Court; and

///
///
///
///
///

1     6.    The hearing to consider dismissal of the Debtor's bankruptcy case is hereby continued to January 21, 2015 at 2:00 p.m.

###

Date: January 21, 2015

*Thomas B. Donovan*
Thomas B. Donovan
United States Bankruptcy Judge

3