1  DAVID B. GOLUBCHIK (State Bar No. 185520)
   JEFFREY S. KWONG (State Bar No. 288239)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone:  (310) 229-1234
   Facsimile:  (310) 229-1244
5  Email: DBG@LNBYB.com; JSK@LNBYB.COM

6  Attorneys for Debtor and
7  Debtor in Possession

```
FILED & ENTERED

JAN 21 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK
```

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11 In re:                          ) Case No.: 2:14-bk-27223-TD
                                    )
12 ATHERTON FINANCIAL BUILDING, LLC, ) Chapter 11 Case
                                    )
13        Debtor and Debtor in Possession. ) ORDER APPROVING STIPULATION
14                                  ) TO CONTINUE STATUS
                                    ) CONFERENCE AND HEARING ON
15                                  ) MOTION FOR ORDER (1)
                                    ) AUTHORIZING DISBURSEMENT OF
16                                  ) FUNDS TO CREDITORS; AND (2)
17                                  ) DISMISSAL OF BANKRUPTCY CASE
                                    )
18                                  ) Old Hearing Date:
                                    ) Date:   January 21, 2015
19                                  ) Time:  2:00 p.m.
                                    ) Place:  Courtroom 1345
20                                  )         255 E. Temple Street
21                                  )         Los Angeles, CA 90012
                                    )
22                                  ) Continued Hearing Date:
                                    ) Date:   March 18, 2015
23                                  ) Time:  2:00 p.m.
                                    ) Place:  Courtroom 1345
24                                  )         255 E. Temple Street
25                                  )         Los Angeles, CA 90012
                                    )
26                                  )
27
28

                                   1

1    The Court having considered the "Stipulation to Continue Status Conference and

2  Hearing on Motion for Order (1) Authorizing Disbursement of Funds to Creditors; and (2)

3  Dismissal of Bankruptcy Case" (the "Stipulation"), and GOOD CAUSE SHOWN, IT IS

4  HEREBY ORDERED THAT:

5        1.  The Stipulation is approved;

6        2.  The status conference and hearing on the Motion for Order (1) Authorizing

7             Disbursement of Funds to Creditors; and (2) Dismissal of Bankruptcy Case currently

8             scheduled for January 21, 2015 at 2:00 p.m. is continued to March 18, 2015 at 2:00 p.m.;

9             and

10       3.  Other than the disbursements previously authorized by the Court, the balance of the

11            funds held by Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") shall be held by

12            LNBYB and disbursed upon further order of the Court

13                                              # # #

23
     Date: January 21, 2015                    Thomas B. Donovan
24                                              United States Bankruptcy Judge