DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JSK@LNBYB.COM

Attorneys for Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) **Case No.: 2:14-bk-27223-TD** |
| | ) |
| ATHERTON FINANCIAL BUILDING, LLC, | ) **Chapter 11 Case** |
| | ) |
| Debtor and Debtor in Possession. | ) **STIPULATION DIRECTING** |
| | ) **DISPOSITION OF SALE PROCEEDS** |
| | ) **AND DISMISSAL OF CASE** |
| | ) |
| | ) <u>Continued Hearing Date</u>: |
| | ) Date: March 18, 2015 |
| | ) Time: 2:00 p.m. |
| | ) Place: Courtroom 1345 |
| | )         255 E. Temple Street |
| | )         Los Angeles, CA 90012 |

1

**TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY JUDGE:**

Atherton Financial Building, LLC (the "Debtor") and Lucy Gao ("Gao," and collectively with the Debtor, the "Parties"), by and through their respective counsel of record, hereby enter into this Stipulation Directing Disposition Of Sale Proceeds And Dismissal Of Case ("Stipulation"), with respect to the following:

**RECITALS**

1. The Debtor commenced its chapter 11 bankruptcy case by filing a voluntary petition under chapter 11 of title 11, section 101 *et seq.* of the United States Code (the "Bankruptcy Code") on September 9, 2014 (the "Petition Date").

2. In connection with the administration of its estate, the Debtor sold, subject to approval of the Court, its primary asset – parcel of real estate.

3. After approval of the sale, the Debtor sought to distribute sale proceeds to creditors and, thereafter, dismiss this case. Gao did not oppose payments to creditors, but opposed dismissal of the case. The parties agreed that pending further order of this Court, counsel for the Debtor will continue to hold the sale proceeds, net of payments to creditors.

4. The Parties have reached agreement as to the disposition of the Net Sale Proceeds and dismissal of this case.

**STIPULATION**

A. Counsel for the Debtor shall transfer $50,000 currently held in trust for the Debtor to Levene, Neale, Bender, Yoo & Brill L.L.P. as a retainer to commence a Chapter 11 bankruptcy case on behalf of Debtor's affiliate, 544 San Antonio Road LLC, which will be deemed to be a capital contribution to 544 San Antonio Road LLC.

B. Subject to the foregoing, transfer, and payment of outstanding US Trustee quarterly fees, counsel for the Debtor shall wire the balance of funds being held in trust to PA One LLS as follows:

    Bank Name: Wells Fargo Bank
    Bank Address: 420 Montgomery Street, San Francisco, CA 94104
    Routing Number: 121000248
    Account Number: 4122023377
    Beneficiary: First Clearing, LLC
    Beneficiary Address: 1 North Jefferson, St. Louis, MO 63103
    Further Credit: PA One LLC account number 7420-8095

C. Neither Benjamin Kirk nor Gao shall receive any portion of the foregoing proceeds, all of which will be disbursed as set forth above.

D. Upon disbursement of the proceeds and payment of outstanding US Trustee Quarterly fees, if any, this case shall be dismissed.

Dated: March 6, 2015    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

    By: _____
        DAVID B. GOLUBCHIK
        JEFFREY S. KWONG
        Counsel to Atherton Financial Building, LLC,
        Chapter 11 Debtor and Debtor in Possession

Dated: March 5, 2015    THE SHINBROT FIRM

    By: _____
        JEFFREY S. SHINBROT
        Counsel to Lucy Gao

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **STIPULATION DIRECTING DISPOSITION OF SALE PROCEEDS AND DISMISSAL OF CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 6, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Douglas G Boven     dboven@reedsmith.com, gsandoval@reedsmith.com
- Christopher D Crowell     ccrowell@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Michael G Fletcher     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- David B Golubchik     dbg@lnbyb.com, dbg@ecf.inforuptcy.com;stephanie@lnbyb.com
- Jeffrey S Kwong     jsk@lnbyb.com
- Queenie K Ng     queenie.k.ng@usdoj.gov
- Laura Palazzolo     laura.palazzolo@berliner.com
- Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Reed S Waddell     rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com

**2. SERVED BY UNITED STATES MAIL**: On **March 6, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 6, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Served By Attorney Service*
Hon. Thomas B. Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352 / Courtroom 1345
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 6, 2015 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              **F 9013-3.1.PROOF.SERVICE**