| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID B. GOLUBCHIK (State Bar No. 185520)<br>JEFFREY S. KWONG (State Bar No. 288239)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: DBG@LNBYB.com; JSK@LNBYB.COM<br><br>Attorneys for Debtor and Debtor in Possession | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>ATHERTON FINANCIAL BUILDING, LLC,<br><br>　　　Debtor and Debtor in Possession.<br><br><br><br><br><br><br><br>　　　　　　　　　　　　　　　　Debtor(s) | Lead Case No.: 2:14-bk-27223-CB<br>Chapter 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**STIPULATION DIRECTING DISPOSITION OF SALE PROCEEDS AND DISMISSAL OF CASE** |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING STIPULATION DIRECTING DISPOSITION OF SALE PROCEEDS AND DISMISSAL OF CASE** was lodged on **March 6, 2015** and is attached. This order relates to the motion which is docket number 63.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　　　　　　　Page 1　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Attorneys for Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) **Case No.: 2:14-bk-27223-TD** |
| | ) |
| ATHERTON FINANCIAL BUILDING, LLC, | ) **Chapter 11 Case** |
| | ) |
| Debtor and Debtor in Possession. | ) **ORDER APPROVING STIPULATION** |
| | ) **DIRECTING DISPOSITION OF SALE** |
| | ) **PROCEEDS AND DISMISSAL OF** |
| | ) **CASE** |
| | ) |
| | ) Continued Hearing Date: |
| | ) Date: March 18, 2015 |
| | ) Time: 2:00 p.m. |
| | ) Place: Courtroom 1345 |
| | )         255 E. Temple Street |
| | )         Los Angeles, CA 90012 |

1

The Court having considered the "Stipulation Directing Disposition Of Sale Proceeds And Dismissal Of Case" (the "Stipulation"), the entire record in this case and GOOD CAUSE SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is approved in its entirety;

2. Counsel for Atherton Financial Building, LLC, the debtor and debtor in possession herein ("Debtor") shall transfer $50,000 currently held in trust for the Debtor to Levene, Neale, Bender, Yoo & Brill L.L.P. as a retainer to commence a Chapter 11 bankruptcy case on behalf of Debtor's affiliate, 544 San Antonio Road LLC, which will be deemed to be a capital contribution to 544 San Antonio Road LLC;

3. Subject to the foregoing, transfer, and payment of outstanding US Trustee quarterly fees, counsel for the Debtor shall wire the balance of funds being held in trust to PA One LLS pursuant to the instructions set forth in the Stipulation;

4. Neither Benjamin Kirk nor Gao shall receive any portion of the foregoing proceeds, all of which will be disbursed as set forth above; and

5. Upon disbursement of the proceeds and payment of outstanding US Trustee Quarterly fees, if any, this case shall be dismissed.

# # #

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER APPROVING STIPULATION DIRECTING DISPOSITION OF SALE PROCEEDS AND DISMISSAL OF CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 6, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Douglas G Boven    dboven@reedsmith.com, gsandoval@reedsmith.com
- Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com,sking@frandzel.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com;stephanie@lnbyb.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Laura Palazzolo    laura.palazzolo@berliner.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com

**2. SERVED BY UNITED STATES MAIL**: On **March 6, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 6, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Served By Attorney Service*
Hon. Thomas B. Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352 / Courtroom 1345
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 6, 2015 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**