DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

**FILED & ENTERED**

**MAR 23 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning    DEPUTY CLERK**

Attorneys for Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

ATHERTON FINANCIAL BUILDING, LLC,

    Debtor and Debtor in Possession.

) **Case No.: 2:14-bk-27223-TD**
)
) **Chapter 11 Case**
)
) **ORDER RE: MOTION FOR ORDER (1)**
) **AUTHORIZING DISBURSEMENT OF**
) **FUNDS TO CREDITORS; AND (2)**
) **DISMISSAL OF BANKRUPTCY CASE**
)
) Hearing:
) Date:   March 18, 2015
) Time:   2:00 p.m.
) Place:  Courtroom 1345
)             255 E. Temple Street
)             Los Angeles, CA 90012
)

1

A continued hearing was held on March 18, 2015 at 2:00 p.m. to consider the Motion For Order (1) Authorizing Disbursement Of Funds To Creditors; And (2) Dismissal Of Bankruptcy Case ("Motion") filed by Atherton Financial Building, LLC (the "Debtor"). Appearances were as set forth on the Court's record.

This Court, having considered the Motion and all evidence and other documents filed in support of the Motion, the "Stipulation Directing Disposition Of Sale Proceeds And Dismissal Of Case" ("Stipulation"), the opposition to the Stipulation filed by SinoPac, the new adversary proceeding commenced by SinoPac against the Debtor and other persons and entities, the statements and representations of counsel made at the hearing, the entire record in the Debtor's bankruptcy case, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor is authorized to release $50,000 to Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") to fund a retainer for the Chapter 11 bankruptcy case for the Debtor's affiliate, 544 San Antonio Road, LLC;

2. The Debtor is authorized to use estate funds for maintaining the estate, including payment of U.S. Trustee quarterly fees, provided that a balance of not less than $3,100,000 remain in the estate from the sale proceeds, and be held by LNBYB, pending further order of this Court; and

3. The hearing to consider dismissal of the Debtor's bankruptcy case is hereby continued to May 22, 2015 at 2:00 p.m.

### 

Date: March 23, 2015

Thomas B. Donovan
United States Bankruptcy Judge

2