1  Michael Gerard Fletcher (State Bar No. 70849)
      mfletcher@frandzel.com
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard, Seventeenth Floor
3  Los Angeles, California 90048-4920
   Telephone: (323) 852-1000
4  Facsimile: (323) 651-2577

5  Attorneys for BANK SINOPAC LOS ANGELES
   BRANCH

6

7                       UNITED STATES BANKRUPTCY COURT

8                       CENTRAL DISTRICT OF CALIFORNIA

9                             LOS ANGELES DIVISION

| 10 | In re | Case No. 2:14-bk-27223-TD |
|---|---|---|
| 11 | ATHERTON FINANCIAL BUILDING LLC, a California limited liability company,<br><br>Debtor. | Chapter 11<br><br>STIPULATION TO CONTINUE (I) HEARING ON MOTION FOR ORDER (1) AUTHORIZING DISBURSEMENT OF FUNDS TO CREDITORS AND (2) DISMISSAL OF BANKRUPTCY CASE; AND (II) CHAPTER 11 STATUS CONFERENCE<br><br>Current Hearing on Motion to Dismiss and Chapter 11 Status Conference<br><br>Date:  May 22, 2015<br>Time:  2:00 p.m.<br>Place: Courtroom 1345<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

1824988.3  100158-0032                                 1

1  Atherton Financial Building LLC ("Debtor"), by and through its counsel of record Levene,
2  Neale, Bender, Yoo & Brill L.L.P.; Bank SinoPac Los Angeles Branch ("Bank"), by and through its
3  counsel of record Frandzel Robins Bloom & Csato, L.C.; and Lucy Gao ("Gao"), by and through her
4  counsel of record The Law Office of John Vozenilek, hereby enter into this Stipulation to Continue (I)
5  Hearing on Motion for Order (1) Authorizing Disbursement of Funds to Creditors and (2) Dismissal of
6  Bankruptcy Case [Dkt. No. 50] ("Motion to Dismiss"); and (II) Chapter 11 Status Conference
7  ("Stipulation"), with reference to the following facts:

8  A. The Debtor filed the Motion to Dismiss on December 24, 2014. Gao filed a Limited
9  Opposition to the Motion to Dismiss on January 5, 2015 [Dkt. No. 53] ("Gao Opposition"), asserting
10 an ownership interest in the Debtor and objecting to disbursement of funds in excess of undisputed
11 claims to any party other than Gao. On March 6, 2015, a Stipulation Directing Disposition of Sale
12 Proceeds and Dismissal of Case ("Dismissal Stipulation"), by and between the Debtor and Gao, was
13 filed in the bankruptcy case [Dkt. No. 63]. The Dismissal Stipulation proposed to resolve the Gao
14 Opposition to the Motion to Dismiss by transferring the Debtor's remaining funds (net of $50,000.00,
15 to be used to fund a retainer to commence a bankruptcy case on behalf of an affiliate of the Debtor) to
16 PA One LLC.

17 B. The Bank filed an Objection to the Dismissal Stipulation on March 8, 2015 [Dkt. No.
18 65].

19 C. A continued hearing on the Motion to Dismiss and a continued chapter 11 status
20 conference are both set for May 22, 2015.

21 D. The parties have engaged in settlement discussions which may resolve the remaining
22 issues in this bankruptcy case being litigated in Bank SinoPac Los Angeles Branch v. Atherton
23 Financial Building LLC et al. (Adv. No. 1:15-ap-01145-TD) (the "Adversary Proceeding") and have
24 agreed to a further continuance of the hearing on the Motion to Dismiss and the chapter 11 status
25 conference to permit those settlement discussions to proceed.
26 ///
27 ///
28 ///

1824988.3 : 100158-0032                2

**WHEREUPON**, based on the foregoing Recitals, the parties to this Stipulation hereby agree that the hearing on the Motion to Dismiss and the chapter 11 status conference may be continued to July 1, 2015, at 2:00 p.m., the same date and time set for (1) a continued hearing on the Debtor's motion to dismiss the Adversary Proceeding and (2) a status conference in the Adversary Proceeding, or such date thereafter as may be more convenient for the Court.

DATED: May 5, 2015       LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: /s/ [signature]
David B. Golubchik
Todd M. Arnold
Attorneys for Debtor ATHERTON FINANCIAL BUILDING LLC

DATED: May 5, 2015       FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: /s/ Michael Gerard Fletcher
Michael Gerard Fletcher
Attorneys for Interested Party BANK SINOPAC LOS ANGELES BRANCH

DATED: May ___, 2015     THE LAW OFFICE OF JOHN VOZENILEK

By: _____
John Vozenilek
Attorneys for Interestd Party LUCY GAO

1824988.3 | 100158-0032

3

**WHEREUPON**, based on the foregoing Recitals, the parties to this Stipulation hereby agree that the hearing on the Motion to Dismiss and the chapter 11 status conference may be continued to July 1, 2015, at 2:00 p.m., the same date and time set for (1) a continued hearing on the Debtor's motion to dismiss the Adversary Proceeding and (2) a status conference in the Adversary Proceeding, or such date thereafter as may be more convenient for the Court.

DATED: May ___, 2015        LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.


By: _____
    David B. Golubchik
    Todd M. Arnold
    Attorneys for Debtor ATHERTON FINANCIAL
    BUILDING LLC

DATED: May 5, 2015         FRANDZEL ROBINS BLOOM & CSATO, L.C.


By: /s/ Michael Gerard Fletcher
    Michael Gerard Fletcher
    Attorneys for Interested Party BANK SINOPAC LOS
    ANGELES BRANCH

DATED: May 6, 2015         THE LAW OFFICE OF JOHN VOZENILEK


By: _____
    John Vozenilek
    Attorneys for Interestd Party LUCY GAO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6500 Wilshire Boulevard, 17th Floor, Los Angeles, CA 90048-4920.

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO CONTINUE (I) HEARING ON MOTION FOR ORDER (1) AUTHORIZING DISBURSEMENT OF FUNDS TO CREDITORS AND (2) DISMISSAL OF BANKRUPTCY CASE; AND (II) CHAPTER 11 STATUS CONFERENCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 6, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Douglas G Boven    dboven@reedsmith.com, gsandoval@reedsmith.com
- Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com,dmoore@frandzel.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Charles Alex Naegele    alex@canlawcorp.com, alexnaegelelaw@gmail.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Laura Palazzolo    laura.palazzolo@berliner.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 6, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan    (*By overnight mail*)
United States Bankruptcy Court
255 E. Temple Street, Suite 1352 / Courtroom 1345
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2015 | David T. Moore | *[signed] David T. Moore* |
|---|---|---|
| Date | Type Name | Signature |

1824988.3 | 100158-0032    4