Michael Gerard Fletcher (State Bar No. 70849)
  mfletcher@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff BANK SINOPAC LOS ANGELES BRANCH

**FILED & ENTERED**

**JUN 10 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ATHERTON FINANCIAL BUILDING LLC,<br>a California limited liability company,<br><br>            Debtor. | Case No. 2:14-bk-27223-TD<br><br>Chapter 11<br><br>Adv. No. 2:15-ap-01145-TD<br><br>ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND COMPROMISE<br><br>Hearing:<br><br>Date:   June 3, 2015<br>Time:  2:00 p.m.<br>Place:  Courtroom 1345<br>           255 East Temple Street<br>           Los Angeles, California 90012 |

1858510.1 | 100158-0032

1

[PROPOSED ALTERNATE] ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND COMPROMISE

1    A hearing was held on June 3, 2015, at 2:00 p.m. in Courtroom 1345 of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, before the Honorable Thomas B. Donovan, United States Bankruptcy Judge, for the Court to consider the motion ("Motion"), filed by Atherton Financial Building LLC, the debtor and debtor in possession herein (the "Debtor"), for an order to approve settlement and compromise with Bank SinoPac Los Angeles Branch ("Bank") which partially resolves adversary proceeding 2:15-ap-01145-TD commenced by the Bank (the "Adversary Proceeding") and, further, final resolution and dismissal of this bankruptcy case. In light of the Court's tentative ruling issued in advance of the hearing, appearances were waived.

The Court, having considered the Motion, all papers filed in support of the Motion, the Stipulation for Immediate Entry of Declaratory Judgment (the "Stipulation") attached to the Motion as Exhibit "A", no opposition to the Motion having been filed, proper notice of the Motion and the hearing on the Motion having been provided, having determined that the proposed compromise is fair and reasonable and in the best interest of the Debtor's estate and all creditors, and complies with all the requirements set forth in Martin v. Kane (In re A & C Properties), 784 F.2d 1377, 1380-81 (9th Cir. 1986), cert. denied 479 U.S. 854 (1986), the entire record in this case, and other good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A.    The Motion is hereby granted in its entirety;

B.    The compromise set forth in the Motion is hereby approved in its entirety;

C.    All parties to the Stipulation and the compromise are hereby authorized to take all actions necessary and proper to consummate the compromise;

D.    A Judgment on the Stipulation, to be submitted by the Bank, shall be entered in the Adversary Proceeding;

E.    Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), general bankruptcy counsel to the Debtor, is hereby authorized and instructed to transfer the sum of $1,500,000 being held by LNBYB of proceeds of the sale of the Debtor's assets (the "Sale Proceeds"), to the Bank in accordance with payment instructions to be provided by the Bank to LNBYB;

F.    LNBYB shall pay all remaining administrative claims of the Debtor's estate,

1    including professional fees and U.S. Trustee quarterly fees, from the Sale Proceeds;

2    G.    This bankruptcy case is hereby dismissed;

3    H.    Notwithstanding dismissal of this bankruptcy case, the Court expressly retains
4 jurisdiction over the Adversary Proceeding.

# # #

Date: June 10, 2015

Thomas B. Donovan
United States Bankruptcy Judge